# Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** MA    **Category No.** II    **Investigating Agency** ATF

**City** Lawrence    **Related Case Information:**
**County** Essex
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number  25-mj-4098-DHH
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes ☑ No

**Defendant Name** Ayoub Haddad    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes ☑ No

**Alias Name:**
**Address:** 30 Brainard Avenue, Medford, MA
**Birth date (Yr only):** 2001    **SSN (last 4#):** 3857    **Sex:** M    **Race:** _____    **Nationality:** Moroccon

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
**AUSA:** Suzanne Sullivan Jacobus    **Bar Number if applicable:** 565071

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: English

**Victims:** ☐ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:**

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/11/2025    **Signature of AUSA:** *Suzanne Sullivan Jacobus*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Ayoub Haddad

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s. 922(g)(5) | Illegal or Unlawful Alien in Possession of Ammunition | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013